United States District Court
Southern District of Texas
**ENTERED**
October 27, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE ANGEL CALDERON, *et al.*, | § |
| Plaintiffs, | § § § |
| VS. | § § CIVIL ACTION NO. 1:22-CV-124 |
| CENLAR FSB, | § § |
| Defendant. | § § |

## ORDER

On September 19, 2022, Defendant Cenlar FSB moved to dismiss Plaintiffs Jose Angel Calderon and Erika Elizabeth Ramirez's causes of action for failure to state a claim upon which relief can be granted. (Motion, Doc. 4)

Before Plaintiffs' deadline to file a response to the Motion to Dismiss, the Court held a status conference, at which the parties represented their belief that they would reach a resolution of the issues in this lawsuit. Since then, the parties have not filed an update regarding their attempts to resolve the lawsuit, and the Motion to Dismiss remains pending. As a result, it is:

**ORDERED** that by no later than November 08, 2022, Plaintiffs Jose Angel Calderon and Erika Elizabeth Ramirez shall file a response to the Motion to Dismiss (Doc. 4).

The parties are reminded that under the local rules of this Court, "[f]ailure to respond to a motion will be taken as a representation of no opposition." *See* S.D. Tex. Loc. R. 7.4; *see also* J. Rodriguez Loc. Civ. Proc. 7.B ("Failure to file a timely response shall be taken as an indication that the opposing party agrees to the motion and the relief requested.").

Signed on October 27, 2022.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge